Monte S. Travis, California State Bar No. 84032
Robert P. Travis, California State Bar No. 182667
Travis & Travis
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 939-0576
montetravis@mac.com
robert.p.travis@icloud.com

Attorneys for Defendant Portamix Limited

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUAN SOTO,<br><br>            Plaintiff,<br><br>vs.<br><br>CS UNITEC, INC., et al.,<br><br>            Defendants. | Case No. 5:24-cv-06624-NW<br><br>**STIPULATED EMERGENCY PETITION TO CHANGE TIME REGARDING EXPERT REPORTS**<br><br>Action Filed: July 11, 2024<br>Trial Date: November 30, 2026 |
| Defendant-in-Intervention, for JON-DON, LLC,<br><br>            Crossclaim Plaintiff,<br><br>vs.<br><br>CS UNITEC, INC., et al.,<br><br>            Crossclaim Defendants. | |

**PURSUANT TO CIVIL LOCAL RULES 6-1(b), 6-2(a), and 7-12**, **THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1.      That the date for Opening Expert Reports be **changed** from June 1, 2026, to **June 8, 2026**; and that the date for Rebuttal Expert Reports be **changed** from June 12, 2026, to **June 17, 2026**.

-1-
Stipulated Emergency Petition to Change Time re Expert Reports          Case No. 5:24-cv-06624-NW

2.    That all other dates and deadlines set for this case remain unchanged.

3.    That the reasons for this request are:

a.  The parties participated in a mediation session on May 11, 2026, but were unsuccessful in resolving the case. They participated in a further mediation session on May 26, 2026 (yesterday), during which they agreed to receive and consider a Mediator's Proposal for settling. The Mediator's Proposal was received this morning at about 8:30 a.m. Counsel for the parties convened at 10:30 a.m. this morning for a video conference, at which time it was determined the earliest all the parties' responses to the Mediator's Proposal can be submitted is the close of business on June 11, 2026. The parties seek to use this time to evaluate and decide upon their respective responses to the Mediator's Proposal.

b.  At the conference of counsel this morning, the attorney for Defendant CS Unitec, Inc., Michael Kronlund, informed the others that, since 4:00 a.m. this morning, he had been dealing with a family emergency that is expected to keep him out of the office for an unknown but significant period of time.

c.  At the same conference, Mr. Kronlund disclosed he was dealing with the sudden passing of his assistant and paralegal of 15 years, which has been difficult for his small office and has caused delays as to experts.

4.    That the following are all the time modifications in this case to date:

a.  On September 9, 2025, the Court entered its Order on Plaintiff Juan Soto's unopposed Motion to Amend Scheduling Order. (ECF No. 32.)

b.  On February 10, 2026, the Court issued its Amended Case-

-2-

Management and Pretrial Order (Jury). (ECF No. 60.)

5.     That the requested time modifications will have no effect on any other deadlines set forth in the Amended Case-Management and Pretrial Order (Jury) or on the schedule for the case generally.

6.     That the Mediator is Matthew S. Conant, Esq., of ADR Services, Inc., that his mobile phone number is 510-610-7969, and that Mr. Conant invites the Court to contact him if that would be of assistance with respect to this stipulated request. The parties confirm that they waive the mediation privilege to the extent needed to facilitate any such communication between the Court and Mr. Conant.

7.     That this Stipulation is supported by the Declaration under Civil Local Rule 6-2(a) of Monte S. Travis, attorney for Defendant Portamix Limited, submitted herewith.

8.     That this Stipulation is further supported by the Declaration of Michael C. Kronlund, attorney for Defendant CS Unitec, Inc., submitted herewith.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:    May 27, 2026              /s/ *Jonathan E. Davis*
                                    Attorney for Plaintiff Juan Soto

DATED:    May 27, 2026              /s/ *Michael C. Kronlund*
                                    Attorney for Defendant CS Unitec, Inc.

DATED:    May 27, 2026              /s/ *David P. Reid*
                                    Attorney for Defendant-in-Intervention

DATED:    May 27, 2026              /s/ *Monte S. Travis*
                                    Attorney for Defendant Portamix Limited

I, Monte S. Travis, declare that the above signatories concur in the filing of this document.

                                    /s/ *Monte S. Travis*
                                    Monte S. Travis

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____June 2, 2026_____      _____
                                    Noël Wise
                                    United States District Judge

-3-