UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN SOTO,

Plaintiff,

v.

CS UNITEC, INC., et al.,

Defendants.

Case No. 24-cv-06624-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 73

On July 20, 2026, the parties filed a notice of settlement stating that the parties "have agreed to a tentative settlement to resolve this action in full" and indicated that they "will file a request for dismissal with prejudice upon execution of the settlement agreement and receipt of funds." ECF No. 73. Accordingly, all dates and deadlines are VACATED.

Parties shall file their stipulation of dismissal by Friday, September 18, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, September 30, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by September 18, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by Wednesday, September 23, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: July 21, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California